THE HONORABLE MARSHA J. PECHMAN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WILLIAM BAUER,<br><br>      Plaintiff,<br><br> v.<br><br>THE ELEMENT GROUP, INC., a Maine Corporation<br><br>      Defendant. | No. 2:19-cv-01709-MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE<br><br>CLERK'S ACTION REQUIRED |

## **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Based upon the Stipulation of the parties it is hereby:

ORDERED that the above-captioned action be dismissed with prejudice and without an award of costs or attorneys' fees to any party. The Clerk of the Court shall close this case.

IT IS SO ORDERED this 9th day of March, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE - 1
(Case No. 2:19-cv-01709-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Jointly Presented By:

DONOVAN EMPLOYMENT LAW PLLC

*s/William Donovan*
William Robert Donovan, Jr., WSBA #44571
4500 Ninth Avenue NE, Suite 300
Seattle, WA 98105
Telephone: (206) 743-9234
bob@donovanemploymentlaw.com

REKHI & WOLK, P.S.

*s/ Gregory Wolk*
Gregory A. Wolk, WSBA #28946
529 Warren Avenue N., Suite 201
Seattle, WA 98109
Telephone: (206) 388-5887
Fax: (206) 577-3924
greg@rekhiwolk.com

Attorneys for Plaintiff

JACKSON LEWIS P.C.

*s/ Bryan O'Connor*
Bryan P. O'Connor, WSBA #23867
Daniel P. Crowner, WSBA #37136
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone: (206) 405-0404
bryan.oconnor@jacksonlewis.com
daniel.crowner@jacksonlewis.com

Attorneys for Defendant

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL
WITH PREJUDICE - 2
(Case No. 2:19-cv-01709-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

# DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the United States of America that on this day, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

>William Robert Donovan, Jr., WSBA #44571
>DONOVAN EMPLOYMENT LAW PLLC
>4500 Ninth Avenue NE, Suite 300
>Seattle, WA 98105
>Telephone: (206) 743-9234
>bob@donovanemploymentlaw.com
>
>Gregory A. Wolk, WSBA #28946
>REKHI & WOLK, P.S.
>529 Warren Avenue N., Suite 201
>Seattle, WA 98109
>Telephone: (206) 388-5887
>greg@rekhiwolk.com
>
>Attorneys for Plaintiff

DATED this 4th day of March, 2020.

_____
Alena Wooldridge

ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE - 3
(Case No. 2:19-cv-01709-MJP)

**Jackson Lewis P.C.**
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404